UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL A. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 20-30166-KAR |
| OFFICER ALBANO, *Correctional Officer,* | ) | |
| *Berkshire County Jail and House of* | ) | |
| *Correction*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

ROBERTSON, U.S.M.J.

*Pro se* litigant Michael A. Cook ("Plaintiff), who is confined at the Berkshire County Jail and House of Correction, has filed a civil rights complaint against Officer Albano ("Defendant"), who is a correctional officer at that institution. Plaintiff also filed two motions for leave to proceed *in forma pauperis* and represented that the Berkshire County Jail and House of Correction would not provide him with a six-month prison account statement. In an order dated November 9, 2020 (Dkt. No. 20), the Court conditionally granted the *in forma pauperis* motions subject to receipt of Plaintiff's six-month institutional statement. The Court also ordered that a summons issue and that Plaintiff serve Defendant with the summons, complaint, consent papers, and the November 9, 2020 order.

Plaintiff has since filed the required six-month account statement (Dkt. No. 12). He has also filed two letters addressed (Dkt. No. 12). He has submitted two letters to the undersigned (Dkt. Nos. 10, 11). Upon review of these documents, the Court hereby orders:

1. Pursuant to 28 U.S.C. § 1915(b)(1), an initial partial filing fee of $41.93 is assessed. The rest of the filing fee, $308.07, shall be collected in accordance with 28 U.S.C. § 1915(b)(1).

2. The Clerk shall send a copy of this order to the treasurer of the facility having custody of Plaintiff.

3. The Court's previous grant of Plaintiff's motions for leave to proceed *in forma pauperis* is no longer conditional. The motions are fully GRANTED.

4. The Court will not take any action on the two letters Plaintiff submitted. Should Plaintiff seek relief from the Court, he must file an appropriate motion. Should he wish to amend or supplement his original complaint, he must do so in accordance with Rule 15 of the Federal Rules of Civil Procedure.

SO ORDERED.

                                                  /s/ Katherine A. Robertson
                                                  KATHERINE A. ROBERTSON
                                                  United States Magistrate Judge

DATED: December 3, 2020